AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
Daniel Temple

Defendant(s)

Case No. 2:13-MJ-176

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  03/21/2013  in the county of  Franklin  in the  Southern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 871(b) | Threats Against President pursuant to 18 USC 871(b) |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

Complainant's signature

SA R Sieg (USSS)
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/20/2013

City and state: Columbus, OH

Judge's signature

Elizabeth Preston Deavers, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT

I, Special Agent R Sieg, having been duly sworn and under oath, hereby depose and say:

I am a Special Agent with the United States Secret Service, and have been so employed since 03/31/2008. I am presently assigned to the Columbus Resident Office. Among my duties is the investigation of threats made against the President of the United States.

On 03/24/2013, the Columbus office of the Secret Service received information from the Internet Threat Unit (ITU) that a subject with the screen-name/moniker "@dttvinfo" had threatened the President of the United States on the internet-site Twitter.com. These threats had been made on or about the timeframe between 03/21/2013 and 03/24/2013. Several excerpts of the posted messages are as follows:

"Im coming to kill you. I could be a serious threat to someone. There are 10 schools within 5 minutes of me. There are malls and"

"parks and innocent people everywhere I look. Ive been ranting about killing the president for over a week you know whats happened?"

"still a free man. How bout on of you tell Obama your gonna kill him.."

"@BarackObama you baby raping pedophile faggot traitor. Im coming to kill you…"

"@BarackObama fuck you. Im killing you soon…"

"you have to wonder how I can threaten the life of a u.s. president and not even have my account deleted…"

"…it's a matter of national security. So I gotta kill barack obama first…"

In communications with the ITU, I was informed that one physical-address associated with the internet-protocol address used by the "dttvinfo" moniker/account was 5282 Malibu Dr., Apt. A. Columbus, OH.

Continuing on this date, I responded to 5282 Malibu Dr. Apt A and spoke with Daniel Temple. When asked about the messages posted by the "@dttvinfo" that were threatening in nature, Temple admitted to having posted all of the messages; including those above. Additionally, Temple admitted to being the owner of the involved user-name, "dttvinfo."

I submit this affidavit as justification that probable cause exists to arrest one, Daniel Temple, for a violation of 18 USC 871 (b) "Threats against President and successors to the Presidency."

_____
R. Sieg
Special Agent, U.S. Secret Service

Sworn to and subscribed in my presence this 28 day of MARCH 2013

_____
U.S. Magistrate Judge