IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JOHN P. HEHMAN
CLERK

2013 APR 23  PM 3: 40

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| PLAINTIFF, | : | Case No. **2:13 cr 101** |
| vs. | : | |
| | : | JUDGE    JUDGE SMITH |
| DANIEL L. TEMPLE | : | 18 U.S.C. §871(a) |
| DEFENDANT. | : | |

### INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### Threats to the President of the United States

Between about March 21, 2013 and March 24, 2013, in the Southern District of Ohio and elsewhere, the defendant, **DANIEL L. TEMPLE**, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States specifically, the defendant threatened that he was going to kill the President of the United States.

In violation of 18 U.S.C. § 871(a).

CARTER M. STEWART
UNITED STATES ATTORNEY

_____
GARY L. SPARTIS
Columbus Branch Chief
Assistant United States Attorney